# EXHIBIT 19



